*MHK*

**FILED**
6-16-2010
JUN 1 6 2010
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

**RECEIVED**
JUN 1 6 2010
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RODGERS ) | |
| ) | |
| Plaintiff, ) | Case No. 05 C 3540 |
| ) | |
| v. ) | Magistrate Judge |
| ) | Martin C. Ashman |
| ALLEN, et al. ) | |
| ) | |
| Defendant. ) | |

### STIPULATION TO DISMISS

The parties hereto, by and through their respective attorneys, hereby stipulate and agree that this matter be dismissed without prejudice and without costs, all matters in controversy having been fully compromised and settled; with leave however to reinstate on or before _August 2, 2010_ (Date) for the sole purpose of enforcing the settlement agreement. In the event a motion to reinstate is not filed on or before the foregoing date, this dismissal will be with prejudice.

Dated this _16th_ day of _June_, 2010.

_____          _____
Attorney for Plaintiff              Attorney for Defendant